# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| THOMAS DAVIS III, *et al.,* | ) | |
| Plaintiffs, | ) | Case No. 2:08-cv-00722-RCJ-PAL |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| WESTGATE PLANET HOLLYWOOD LAS VEGAS, LLC, *et al.,* | ) | |
| Defendants. | ) | |

The court entered an order (Dkt. #349) extending the dates of the Discovery Plan and Scheduling Order for this case on July 19, 2010.  The order established November 30, 2010 as the discovery cutoff, as well as other case management deadlines consistent with the provisions of LR 26-1(e).

Pursuant to the direction of the District Judge in this case that trial be set on the trial stack closest to 120 days after the close of discovery,

**IT IS ORDERED** the trial date in this matter is re-set for April 12, 2011 at 8:30 a.m., with calendar call on April 6, 2011 at 8:30 a.m., before Judge Robert C. Jones.

Dated this 30th day of July, 2010.

_____
Peggy A. Leen
United States Magistrate Judge