# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS DAVIS, III, *et al.,* )<br>                                           )<br>                   Plaintiffs, )<br>                                           )<br>vs.                                           )<br>                                           )<br>WESTGATE PLANET HOLLYWOOD LAS )<br>VEGAS, LLC*,* )<br>                                           )<br>                 Defendants. )<br>_____ ) | Case No. 2:08-cv-00722-RCJ-PAL<br><br>**ORDER CONTINUING<br>SETTLEMENT CONFERENCE** |

Due to the District Judge's order (Dkt. #350) entered August 4, 2010, continuing the trial in this matter to April 12, 2010,

**IT IS ORDERED** that:

1. The Settlement Conference, currently scheduled for December 9, 2010 at 1:30 p.m. is **VACATED** and **CONTINUED** to **Wednesday, February 16, 2011 at 1:30 p.m.** in the chambers of the undersigned, Room 3071.

2. The confidential, written settlement statements, currently due December 2, 2010, shall be submitted directly to chambers, Room 3071, not later than **4:00 p.m. on February 9, 2011.**

Dated this 25th day of August, 2010.

                                                                             _____<br>
                                                                             Peggy A. Leen<br>
                                                                             United States Magistrate Judge