# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS DAVIS, III, *et al.*, | ) |
| Plaintiffs, | ) Case No. 2:08-cv-00722-RCJ-PAL |
| vs. | ) **ORDER** |
| WESTGATE PLANET HOLLYWOOD LAS VEGAS, LLC, *et al.*, | ) |
| Defendants. | ) |

Based on the scheduling needs of the court,

**IT IS ORDERED** that:

1. The Settlement Conference, currently scheduled for February 16, 2011 at 1:30 p.m. before the undersigned, is **VACATED** and **ADVANCED** to **February 10, 2011** at **1:30 p.m.,** in the Alternative Dispute Resolution Room, #3202, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada.

2. The deadline for chambers to receive the confidential settlement conference statements, currently due February 9, 2010, is **VACATED** and **ADVANCED** to be received in chambers, Room 3071, not later than **4:00 p.m., February 3, 2011.**

Dated this 25th day of October, 2010.

_____
Peggy A. Leen
United States Magistrate Judge