**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THOMAS DAVIS, III, *et al.,* ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> WESTGATE PLANET HOLLYWOOD LAS ) <br> VEGAS, LLC., *et al.,* ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 2:08-cv-00722-RCJ-PAL <br><br> **ORDER** <br><br> (Mot to Reschedule - Dkt. #368) |

The court conducted a hearing on Plaintiff's Motion for an Extension of Time to Serve Final Expert Witness Reports (Dkt. #365), on October 12, 2010. The Defendants filed an Emergency Motion to Reschedule the October 12, 2010 on Plaintiff's Motion to Extend the Deadline to File Final Expert Witness Reports (Dkt. #368). Leon Greenberg appeared on behalf of the Plaintiffs, and James Smythe appeared on behalf of the Defendants. The court has considered the moving and responsive papers and the arguments of counsel at the hearing,

Having reviewed and considered the matter, and good cause appearing,

**IT IS ORDERED** that Defendants' Emergency Motion to Reschedule the hearing (Dkt. #368) is **GRANTED**, and the hearing is continued until **November 2, 2010 at 9:30 a.m.**

Dated this 1st day of November, 2010.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE