1  JAMES E. SMYTH II
   Nevada Bar No. 6506
2  Kaempfer Crowell Renshaw Gronauer & Fiorentino
3  8345 West Sunset Road, Suite 250
   Las Vegas, Nevada 89113
4  Tel:  (702) 792-7000
   Fax:  (702) 796-7181
5  Website:  www.kcnvlaw.com
6  Email: jsmyth@kcnvlaw.com

7

8  RICHARD W. EPSTEIN
   HAAS A. HATIC
9  MYRNA L. MAYSONET
   (*Admitted Pro Hac Vice*)
10 GREENSPOON MARDER, P.A.
   Trade Center South, Suite 2700
11 100 West Cypress Creek Road
12 Ft. Lauderdale, Florida 33309
   richard.epstein@gmlaw.com
13 haas.hatic@gmlaw.com
14 myrna.maysonet@gmlaw.com

15 **Attorneys for Defendants**

16              UNITED STATES DISTRICT COURT
17                  DISTRICT OF NEVADA

| | |
|---|---|
| 18 THOMAS DAVIS III, RICK BRUNTON, LOIS TIGER and EMMANUEL WIEST<br>19 individually and on behalf of all others similarly situated,<br>20<br>21         Plaintiffs,<br>22 vs.<br>23 WESTGATE PLANET HOLLYWOOD LAS<br>24 VEGAS, LLC., WESTGATE RESORTS INC., WESTGATE RESORTS LTD., CFI<br>25 SALES & MARKETING, LTD., CFI SALES & MARKETING, LLC., CFI SALES &<br>26 MARKETING, INC., and "John Doe" entities<br>27 1 to 25, name and number unknown,<br>28          Defendants. | **Docket # 2:08-CV-00722-RCJ-PAL**<br><br><br><br><br><br><br>**EMERGENCY JOINT STIPULATION AND MOTION FOR EXTENSION OF DISCOVERY DEADLINE BY TWO WEEKS** |

Case No. 08-CV-S-722-RCJ-PAL
Joint Stipulation and Motion
For Extension of Discovery Deadline by Two Weeks

Pursuant to LR-6-1 and LR-26-4, the parties jointly request this Court to extend the discovery deadline by two weeks in order to finish certain depositions due to unforeseen circumstances. This stipulation and Motion is timely and supported by a showing of good cause as required by LR-26-4.

### I.     FACTS SUPPORTING THIS MOTION.

1.  The current discovery deadline is November 30, 2010. The parties diligently scheduled the two remaining depositions to meet this deadline. However, between the time that they were set and now some unforeseen circumstances have arisen which impact the parties' ability to conduct the deposition on the day scheduled. Specifically, Defendants' counsel has advised Plaintiffs' counsel of the company's financial deteriorating situation. On November 19, 2010, the deposition of the person most knowledgeable regarding the deficiency suits had to be abruptly convened at 3:30 p.m.[1] as he was required to leave to address an emergency request by the company's bankers. This deposition has to be continued but the intervening holiday and other scheduling logistical issues are making the rescheduling of this deposition prior to the November 30, 2010 deadline very difficult and quite expensive.

2.  Likewise, Defendants' counsel was advised yesterday, and immediately alerted Plaintiffs' counsel, that David Siegel was advised that he will have to travel on November 30, 2010, the day of his current scheduled deposition, in order to attend an emergency financial meeting the following day. Lastly, the parties' counsel will be forced to pay a small fortune in plane tickets to defend depositions on opposite sides of the country which will substantially go down after the Thanksgiving Holiday.

---

[1] Additionally, because of the new TSA regulations and the holiday traffic, Plaintiffs' counsel also was required to leave earlier than anticipated to catch their return flight after two full day of depositions in which approximately eight people were deposed.

- 2 -

Case No. 08-CV-S-722-RCJ-PAL
Joint Stipulation and Motion
For Extension of Discovery Deadline by Two Weeks

3. Counsel conferred and believes a two week extension is sufficient to address the unforeseen logistical issues that have unexpectedly arisen and at the same time can save costs. This minimal extension will not have any impact on any of the other deadlines or Orders, including the expert deadline. Instead, it will solely cure the unexpected circumstances addressed above.

4. Therefore, the parties request a two week extension of the discovery deadline.

DATED this 24th day of November 2010.

By: s/Amy Keller
AMY KELLER
(Admitted *Pro Hac Vice*)
Wexler Wallace LLP
55 West Monroe, Suite 3300
Chicago, IL 60603
Phone: 312-589-6283 (direct)
Fax: 312-346-0022
AEK@wexlerwallace.com
**Attorneys for Plaintiffs**

By: s/Myrna L. Maysonet
RICHARD W. EPSTEIN
(*Admitted pro hac vice*, Florida Bar No.:0229091)
MYRNA L. MAYSONET
(*Admitted pro hac vice,* Florida Bar No.: 0429650)
Greenspoon Marder, P.A.
201 E. Pine Street, Suite 500
Orlando, FL 32801
**Attorneys for Defendants**

DATED: November 24, 2010     **IT IS SO ORDERED**

_____
UNITED STATES DISTRICT COURT/
MAGISTRATE JUDGE