JAMES E. SMYTH II
Nevada Bar No. 6506
Kaempfer Crowell Renshaw Gronauer & Fiorentino
8345 West Sunset Road, Suite 250
Las Vegas, Nevada 89113
Tel: (702) 792-7000
Fax: (702) 796-7181
Website: www.kcnvlaw.com
Email: jsmyth@kcnvlaw.com

RICHARD W. EPSTEIN
HAAS A. HATIC
MYRNA L. MAYSONET
(*Admitted Pro Hac Vice*)
GREENSPOON MARDER, P.A.
Trade Center South, Suite 2700
100 West Cypress Creek Road
Ft. Lauderdale, Florida 33309
richard.epstein@gmlaw.com
haas.hatic@gmlaw.com
myrna.maysonet@gmlaw.com
**Attorneys for Defendants**

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS DAVIS III, RICK BRUNTON, LOIS TIGER and EMMANUEL WIEST individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WESTGATE PLANET HOLLYWOOD LAS VEGAS, LLC., WESTGATE RESORTS INC., WESTGATE RESORTS LTD., CFI SALES & MARKETING, LTD., CFI SALES & MARKETING, LLC., CFI SALES & MARKETING, INC., and "John Doe" entities 1 to 25, name and number unknown,<br><br>Defendants. | Docket # 08-CV-S-722-RCJ-PAL<br><br><br><br><br>**JOINT MOTION TO STAY ALL PROCEEDINGS AND DEADLINES** |

Case No. 08-CV-S-722-RCJ-PAL

Defendants, Westgate Planet Hollywood Las Vegas, LLC, Westgate Resorts, Inc., Westgate Resorts, Ltd., CFI Sales & Marketing, Ltd., CFI Sales & Marketing, LLC and CFI Sales & Marketing, Inc. ("Defendants"), and Plaintiffs (collectively "the Parties"), pursuant to Local Rule 6-1, by and through their attorneys of record, file this Joint Motion to: (1) stay all proceedings in this case, including all pretrial deadlines, for 30 days; and (2) cancel the September 30, 2011 oral arguments, because the parties are attempting to finalize a settlement agreement as to the Plaintiffs' claims. This Joint Motion is supported by good cause, as set forth below:

1. The parties have been engaged in settlement discussions over the last several weeks, and believe that a settlement is likely. If finalized, this settlement would resolve all of the Plaintiffs' pending claims, and moot any pending motions while also eliminating the need for a trial.

2. Although not yet finalized, the parties had an obligation to immediately inform the Court of their progress. The parties request that this Court stay all proceedings because any additional work by either side will result in additional fees that could prevent this case from settling.

3. The agreement being discussed is contingent upon approval of a restructuring loan Defendants are currently seeking. This is Defendants' last hope to survive the financial downturn affecting the company since September 2008.

4. It is estimated that a decision regarding the corporate restructuring loan will be issued within the next 45-60 days. If these efforts are unsuccessful, Defendants will be forced to avail themselves of other legal remedies which will, in turn, directly impact this case.

Case No. 08-CV-S-722-RCJ-PAL

**WHEREFORE**, the parties respectfully request that all proceedings in this case be stayed for 30 days to allow the parties additional time to finalize the settlement agreement which, as stated above, is contingent upon the approval of funding. The parties also request that this Court cancel the September 30, 2011 oral arguments.

DATED this 30th day of August, 2011.

Respectfully submitted,

By: /s/ Gregory F. Coleman
GREGORY F. COLEMAN
Bank of America Center
550 Main Avenue, Suite 600
Knoxville, TN 600
Attorney for Plaintiffs
*Admitted pro hac vice*
**Attorney for Plaintiffs**

By: /s/ Myrna L. Maysonet
RICHARD W. EPSTEIN
(*Admitted pro hac vice*,
Florida Bar No.:0229091)
MYRNA L. MAYSONET
(*Admitted pro hac vice*,
Florida Bar No.: 0429650)
Greenspoon Marder, P.A.
201 E. Pine Street, Suite 500
Orlando, FL 32801
**Attorneys for Defendants**

DATED: 09-01-2011

**IT IS SO ORDERED**

_____
UNITED STATES DISTRICT COURT/

6620895 v1