JAMES E. SMYTH II
Nevada Bar No. 6506
Kaempfer Crowell Renshaw Gronauer & Fiorentino
8345 West Sunset Road, Suite 250
Las Vegas, Nevada 89113
Tel: (702) 792-7000
Fax: (702) 796-7181
Website: www.kcnvlaw.com
Email: jsmyth@kcnvlaw.com

RICHARD W. EPSTEIN
MYRNA L. MAYSONET
BRANDON J. HILL
(*Admitted Pro Hac Vice*)
GREENSPOON MARDER, P.A.
Trade Center South, Suite 2700
100 West Cypress Creek Road
Ft. Lauderdale, Florida 33309
richard.epstein@gmlaw.com
myrna.maysonet@gmlaw.com
brandon.hill@gmlaw.com
**Attorneys for Defendants**

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS DAVIS III, RICK BRUNTON, LOIS TIGER and EMMANUEL WIEST individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> WESTGATE PLANET HOLLYWOOD LAS VEGAS, LLC., WESTGATE RESORTS INC., WESTGATE RESORTS LTD., CFI SALES & MARKETING, LTD., CFI SALES & MARKETING, LLC., CFI SALES & MARKETING, INC., and "John Doe" entities 1 to 25, name and number unknown, <br><br> Defendants. | Docket # 08-CV-S-722-RCJ-PAL <br><br><br> ORDER |

Defendants, Westgate Planet Hollywood Las Vegas, LLC, Westgate Resorts, Inc., Westgate Resorts, Ltd., CFI Sales & Marketing, Ltd., CFI Sales & Marketing, LLC and CFI Sales & Marketing, Inc. ("Defendants"), and Plaintiffs (collectively "the Parties"), pursuant to Local Rule 6-1, by and through their attorneys of record, file this Supplemental Notice of Settlement and Status Report, as set forth below:

1.  The Parties have reached a complete settlement of the FLSA claims pending before this Court.

2.  The Parties have diligently worked on drafting and finalizing the Settlement Agreement identifying the terms of the settlement as well as the Motion to approve the settlement.

3.  However, the parties have been informed of a number of logistical issues which will require a brief extension of fourteen (14) days to file their Motion for Approval. First, Plaintiffs' expert has not finalized the damage allocation list for approximately 685 opt-in Plaintiffs, which is a crucial component of the Stipulation of Settlement. Additionally, the four Named Plaintiffs are required to execute the Settlement Agreement but have relocated and it is taking longer than expected to secure their signatures.

4.  While the Parties are mindful of the Court's duty to manage its trial docket, it would be detrimental for everyone involved to not allow the Parties an additional fourteen (14) days to finalize and submit their Settlement Agreement for approval by the Court, up to and including April 2, 2012.

WHEREFORE, the Parties respectfully request that all proceedings be stayed, making the Parties' deadline to submit a joint motion to approve the Settlement Agreement on or before Monday, April 2, 2012.

Case No. 2:08-cv-00722-RCJ-PAL
Supplemental Notice of Settlement
and Status Report

Respectfully submitted,

By: /s/Jason J. Thompson
JASON J. THOMPSON
Sommers Schwartz, P.C.
2000 Town Center
Southfield, MI 48075
*Admitted pro hac vice*

By: /s/ Myrna L. Maysonet
RICHARD W. EPSTEIN
(*Admitted pro hac vice*,
Florida Bar No.:0229091)
MYRNA L. MAYSONET
(*Admitted pro hac vice,*
Florida Bar No.: 0429650)
Greenspoon Marder, P.A.
201 E. Pine Street, Suite 500
Orlando, FL 32801
**Attorneys for Defendants**

DATED: March 20, 2012.

**IT IS SO ORDERED**

_____
UNITED STATES DISTRICT COURT/

8616415 v1

3