JAMES E. SMYTH II
Nevada Bar No. 6506
Kaempfer Crowell Renshaw Gronauer & Fiorentino
8345 West Sunset Road, Suite 250
Las Vegas, Nevada 89113
Tel:  (702) 792-7000
Fax:  (702) 796-7181
Website:  www.kcnvlaw.com
Email: jsmyth@kcnvlaw.com


RICHARD W. EPSTEIN
MYRNA L. MAYSONET
BRANDON J. HILL
(*Admitted Pro Hac Vice*)
GREENSPOON MARDER, P.A.
Trade Center South, Suite 2700
100 West Cypress Creek Road
Ft. Lauderdale, Florida 33309
richard.epstein@gmlaw.com
myrna.maysonet@gmlaw.com
brandon.hill@gmlaw.com
**Attorneys for Defendants**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| THOMAS DAVIS III, RICK BRUNTON, LOIS TIGER and EMMANUEL WIEST individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> WESTGATE PLANET HOLLYWOOD LAS VEGAS, LLC., WESTGATE RESORTS INC., WESTGATE RESORTS LTD., CFI SALES & MARKETING, LTD., CFI SALES & MARKETING, LLC., CFI SALES & MARKETING, INC., and "John Doe" entities 1 to 25, name and number unknown, <br><br> Defendants. | Case No. **2:08-CV-00722-RCJ-PAL** <br><br><br><br> ORDER <br><br> **UNOPPOSED MOTION TO APPEAR TELEPHONICALLY AT APRIL 12, 2013, FINAL FAIRNESS HEARING** |

Defendants, Westgate Planet Hollywood Las Vegas, LLC, Westgate Resorts, Inc., Westgate Resorts Ltd., CFI Sales and Marketing, Ltd., CFI Sales and Marketing, LLC, and CFI Sales and Marketing, Inc. (collectively "Defendants"), file this Unopposed Motion to Appear telephonically at the April 12, 2013, Final Fairness Hearing for the reasons as set forth below:

1.      The original hearing date was set for April 19, 2013.

2.      This Honorable Court later changed the hearing date to April 12, 2013.

3.      On April 3, 2013, this Honorable Court changed the hearing date to May 7, 2013.

4.      Defendants had already made travel arragements for May 7, 2013; however, on April 5, 2013, this Honorable Court moved the hearing date back to April 12, 2013.

5.      Because the hearing changed on such short notice, airplane tickets[1] have increased substantially and Defendants have undertaken other commitments.

6.      In light of the new deadline, Defendants request to appear telephonically.

7.      Plaintiffs' counsel will be physically present and do not object to Defendants' counsel counsel attendance via telephone.

WHEREFORE, Defendants request to appear telephonically for the April 12, 2013, final fairness hearing currently scheduled for 11:00 a.m. P.S.T.

ORDER

IT IS HEREBY ORDERED that the parties may appear telephonically.  The parties shall dial the Meet-Me-Line five (5) minutes prior to the hearing.  The Court may be in session when the parties call in, the parties shall remain silent until the Court addresses the parties.  The dial in Meet-Me-Line is (702) 868-4925 Access Code:  123456.  IT IS SO ORDERED.

_____
ROBERT C. JONES
April 9, 2013